UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| MILTON L. C.,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of<br>the Social Security Administration,<br><br>    Defendant. | No. 1:20-CV-113-H-BU |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge John R. Parker made Findings, Conclusions, and a Recommendation (FCR) in this case on July 23, 2021. *See* Dkt. No. 22. Judge Parker recommended that the Court affirm the decision of the Commissioner of Social Security. *Id.* at 22. No objections to the FCR were filed. The District Court has therefore reviewed the proposed FCR for plain error. Finding none, the Court accepts the FCR of the United States Magistrate Judge. The decision of the Commissioner of Social Security is affirmed. Accordingly, the plaintiff's complaint is dismissed with prejudice.

So ordered on August 10, 2021.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE